**Andres GONZALEZ, Petitioner,**

v.

**UNITED INDEPENDENT SCHOOL DISTRICT, Respondent.**

No. 95–1221.

Supreme Court of Texas.

Oct. 18, 1996.

Jimmy Santiogo Sandoval, Laredo, for petitioner.

Gustavo L. Acevedo, Wallace B. Jefferson, San Antonio, for respondent.

### OPINION

PER CURIAM.

In denying this application for writ of error, the Court neither approves nor disapproves of the court of appeals' discussion of

the standard of review. *See* 911 S.W.2d 118, 123. The application for writ of error is denied.